In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-099 CV


____________________



ELIJAH W. RATCLIFF, Appellant



V.



LHR, INC., Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause No. CIV 22,975






MEMORANDUM OPINION


 On March 1, 2007, the Court notified the parties that the appeal appeared to be
interlocutory because the order did not dispose of all of the claims in controversy. The
appellant filed a response but did not identify any grounds for exercise of appellate
jurisdiction in this case. The appellee contends the order being appealed is interlocutory and
not appealable at this time. 

 The Court finds no final judgment has issued. Subject to certain statutory exceptions
not applicable in this case, only final judgments are appealable. Tex. Civ. Prac. & Rem.
Code Ann. §§ 51.012, 51.014 (Vernon 1997 & Supp. 2006). Accordingly, we hold the
jurisdiction over this case is still vested in the trial court. The appeal is dismissed for want
of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.


 

 _____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered March 22, 2007

Before McKeithen, C.J., Kreger and Horton, JJ.